```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NFN (FRANK) LEKRAM,

                Plaintiff,

    - against -

EVERLAST WORLDWIDE INC., ET AL.,

                Defendants.

23-cv-3911 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 31, 2023.

SO ORDERED.

Dated:    New York, New York
            July 17, 2023

                                            */s/ John G. Koeltl*
                                            John G. Koeltl
                                    United States District Judge